# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Charles King
In Proper Person
1421 N. Avenue H
Crowley LA 70526

**REHEARING ACTION: November 10, 2009**

**Docket Number: 09   00526-CA**

**CHARLES KING**
**VERSUS**
**LOUISIANA WORKFORCE COMMISSION, OFFICE OF REGULATORY**
**SERVICE, ET AL.**

**Appealed from Acadia Parish Case No. 2008-11129**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles R. King** has this day been

    **DENIED.**
    Saunders, J., would grant rehearing.

cc: J. Jerome Burden, Counsel for the Appellee
    Human Resource Dept., Attorney not Assigned